U.S. Bankruptcy Court
P.O. Box 2070
Oakland, CA 94604

**FILED**
NOV 1 2 2010
U.S. BANKRUPTCY COURT
OAKLAND, CALIFORNIA

Re: <u>Elena Eliza Trevisan Cruz + Ernie Santos Cruz</u>
Debtor(s) Name

Chapter 13 Case Number <u>10-46142</u>

Please be advised we hereby withdraw our claim:

Name of claimant : <u>Alameda County Tax Collector</u>
Date of claim   : <u>10/08/10</u>
Amount of claim : <u>$7029.26</u>
Account number  : <u>486-100-19</u>

Dated: <u>11/02/10</u>

<u>Jack Wong</u>                    <u>Deputy</u>
Authorized Signature              Title

c.c. Martha G Bronitsky, Chapter 13 Trustee
c.c JC Law Group